Eastern District of Kentucky
FILED

NOV - 7 2012

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| WAYNE CARLISLE, *et al.*, | CASE NO. 2:05-CV-0059-DLB |
| Plaintiffs, | Judge David L. Bunning |
| vs. | |
| CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP, *et al.*, | |
| Defendants. | |

FILED ELECTRONICALLY

STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO CERTAIN DEFENDANTS

Plaintiffs Wayne Carlisle, WJG Strategic Investments, LLC, WC Thomas, LLC, WC Venture Corp., Ohio 1999 Irrevocable ESBT of Wayne Carlisle, James E. Bushman, JB CINOH, LLC, JEB Revocable ESBT, Wayne Carlisle, Trustee, Gary L. Strassel, and GS NOKY, LLC, and Defendants Arthur Andersen, LLC, Curtis, Mallet-Prevost, Colt & Mosle, LLP, and William L. Bricker, Jr. ("Settling Defendants"), hereby stipulate to the dismissal with prejudice of all claims in the above-captioned action as to the Settling Defendants only. This stipulation shall not affect Plaintiffs' claims as to any other Defendant.

Each party shall bear its own costs.

IT IS SO ORDERED.

11/7/12



Signed By:
David L. Bunning
United States District Judge

12761793.1

- 2 -

/s/ Robert B. Craig
Robert B. Craig
Russell S. Sayre
TAFT, STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

Counsel for Defendants,
Curtis, Mallet-Prevost, Colt & Mosle, LLP
and William L. Bricker, Jr.

/s/ Jean M. McCoy
Stanley M. Chesley
Paul M. DeMarco
Jean M. McCoy (née Geoppinger)
WAITE SCHNEIDER BAYLESS
& CHESLEY CO., L.P.A.
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(513) 621-0267
(513) 621-0262 (fax)

Counsel for Plaintiffs,
Wayne Carlisle, *et al.*

/s/ Jocelyn D. Francoeur
Jocelyn D. Francoeur
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000
(312) 984-7700 (fax)

Counsel for Defendant,
Arthur Andersen, LLC

12761793.1