IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
F I L E D
NOV - 7 2012
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| WAYNE CARLISLE, an individual, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Civil Action No. 05-059-DLB |
| ) | |
| Curtis, Mallet-Prevost, Colt & Mosle, ) | |
| LLP, *et al.* ) | |
| ) | |
| Defendants ) | |

## STIPULATION RE: DISMISSAL WITH PREJUDICE OF DEFENDANTS PRISM CONNECTIVITY VENTURES, LLC, INTEGRATED CAPITAL ASSOCIATES, INC. AND INTERCONTINENTAL PACIFIC GROUP, INC.

This Stipulation is entered into by and between Prism Connectivity Ventures, LLC (hereinafter "Prism"); Integrated Capital Associates, Inc., (hereinafter "ICA"); and Intercontinental Pacific Group, Inc., (hereinafter "IPG") (collectively, the "Settling Defendants"), on the one hand, and Plaintiffs Wayne Carlisle, WJG Strategic Investments, LLC, WC Thomas, LLC, WC Venture Corp., the Ohio 1999 Irrevocable Trust of Wayne Carlisle, James E. Bushman, JB Cinoh, LLC, JEB Venture Corp., the JEB Revocable ESBT, Wayne Carlisle, Trustee, Gary L. Strassel and GS Noky, LLC (collectively, "Plaintiffs"), on the other hand.  Plaintiffs and the Settling Defendants may be referred to herein severally as a "Party" or jointly as the "Parties."

This Stipulation is made with reference to the following recitals:

WHEREAS, on March 25, 2005, the complaint in this action was filed; and

WHEREAS, the Parties have entered into a settlement agreement, pursuant to which the Settling Defendants are to be dismissed with prejudice; and

WHEREAS, Rule 41(a) of the Federal Rules of Civil Procedure requires a stipulation of dismissal in order that Plaintiffs may dismiss this action as to those parties; and

WHEREAS, the Parties have agreed that each shall bear its own attorneys' fees and costs; and

WHEREAS, the Parties agree that Plaintiffs shall file this Stipulation with the Court for an order thereon;

NOW THEREFORE, subject to the Court's approval, Plaintiffs and the Settling Defendants, by and through their respective undersigned counsel, hereby stipulate as follows:

1.0   The foregoing recitals are hereby incorporated by this reference.

2.0   Defendants Prism, ICA and IPG shall be dismissed with prejudice from this action, each party to bear its own attorneys' fees and costs.

3.0   Plaintiffs shall file this Stipulation with the Court for an order thereon.

JEAN GEOPPINGER MCCOY, LLC

Date: 10/02, 2012    By: _____
Jean Geoppinger McCoy, Esq.
*Attorneys for Plaintiffs*

MARKOVITS, STOCK & DE MARCO, LLC

Date: 10/02, 2012    By: Paul M. De Marco (by JGM)
Paul M. De Marco, Esq.
*Attorneys for Plaintiffs*

IDELL & SEITEL, LLP

Date: 10/16, 2012    By: _____
Richard J. Idell
Ory Sandel
*Attorneys for the Settling Defendants*

2

IT IS SO ORDERED
11/7/12

Signed By:
David L. Bunning
United States District Judge